LYNSAM ENTERPRISES, *ET AL.*, PLAINTIFFS-PETITIONERS, v. DANIEL D. BLUM, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Isadore Glauberman* and *Mr. Sheldon A. Weiss* for the petitioners.

*Mr. Sydney I. Turtz* for the respondent.

January 21, 1965. Denied.

AUSTIN L. McCARTHY, PETITIONER, v. BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM, RESPONDENT.

See same case below: 85 *N. J. Super.* 502.

*Mr. Robert S. Miller* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Richard Newman* for the respondent.

January 21, 1965. Denied.